# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Plaintiff, | ) | **Case No. 3:21-CV-145** |
| | ) | |
| v. | ) | **Judges** Collier / Guyton |
| | ) | |
| **TWO HUNDRED AND FOUR (204) PRE-PAID ACCESS CARDS ASSOCIATED WITH GREEN DOT BANK, TOTALING $638,659.43 IN U.S. CURRENCY,** | ) | |
| | ) | |
| and | ) | |
| | ) | |
| **$86,651.68 IN U.S. CURRENCY,** | ) | |
| | ) | |
| Defendants. | ) | |

## WARRANT OF ARREST *IN REM*

TO: The United States Secret Service and/or any other United States officer or employee, someone under contract with the United States, or someone specially appointed by the Court.

The United States, by and through its United States Attorney, respectfully requests that the Clerk of the Court for the United States District Court for the Eastern District of Tennessee issue a Warrant of Arrest *in Rem* pursuant to Rule G(3)(b)(i) of the Supplemental Rules for Admiralty and Maritime Claims and Asset Forfeiture Actions. In support of its application, the United States of America states as follows:

On April 13, 2021 the United States filed a Verified Complaint *in Rem* in the above-referenced case, which alleges that the defendant properties are subject to forfeiture to the United

States pursuant to 18 U.S.C. § 981(a)(1)(C) in violation of 18 U.S.C. § 1029(a)(3). The defendant properties are described as follows:

    a)    Two Hundred and Four (204) pre-paid access cards associated with Green Dot Bank, totaling $638,659.43 in U.S. currency; and

    b)    $86,651.68 in U.S. currency

(hereinafter "defendant properties").

The defendant properties are currently in the possession of the United States. In these circumstances, the Federal Rules of Civil Procedure, Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, Rule G(3)(b)(i) directs the Clerk of the Court to issue a warrant to arrest the property if it is in the government's possession, custody or control.

Supplemental Rule G(3)(c)(i) provides that the Warrant of Arrest *In Rem* must be delivered to a person or organization authorized to execute it who may be a marshal or any other United States officer or employee, someone under contract with the United States, or someone specially appointed by the court for that purpose.

YOU ARE, THEREFORE, HEREBY COMMANDED to arrest the defendant properties as soon as practicable by serving a copy of this warrant on the custodian in whose possession, custody or control the properties are presently found, and to use whatever means may be appropriate to protect and maintain it in your custody until further order of this Court.

YOU ARE FURTHER COMMANDED, promptly after execution of this process, to file the same in this Court with your return thereon, identifying the individuals upon who copies were served and the manner employed.

IN WITNESS WHEREOF, I, Clerk of the United States District Court for the Eastern District of Tennessee, have caused the foregoing Warrant of Arrest *In Rem* to be issued pursuant to the authority of the Supplemental Rule G(3)(b)(i) and the applicable laws of the United States and have hereunto affixed the seal of the Court at Knoxville, Tennessee, this __19th__ day of __April__, 2021.

                                              John Medearis
                                              Clerk of the Court
                                              United States District Court

By: _____
                                              Deputy Clerk

RETURN OF SERVICE

I hereby certify that I executed this warrant by serving _____ by _____ on the \_\_\_\_\_ day of _____, 2021.

_____
United States Secret Service Agent or other person serving warrant